## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

In re: 1426 RESTAURANT, LLC  § Case No. 17-30012-SLM
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DAVID WOLFF, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $90,000.00    Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $120,000.00

---

   3)  Total gross receipts of $ 210,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $210,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $113,918.95 | $308,455.39 | $85,000.00 | $85,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 165,846.70 | 165,846.70 | 120,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 25,649.71 | 48,684.88 | 5,215.25 | 5,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 333,295.22 | 933,431.80 | 217,992.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $472,863.88 | $1,456,418.77 | $474,054.52 | $210,000.00 |

4) This case was originally filed under Chapter 7 on October 02, 2017. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2019            By: /s/DAVID WOLFF
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| OWNER OF AD BEVERAGES, LLC (100%) | 1129-000 | 110,000.00 |
| INVENTORY - PLATES, GLASES, UTENSILS, LIQUOR, | 1129-000 | 10,000.00 |
| OFFICE EQUIPMENT - INCLUDING ALL COMPUTER | 1129-000 | 10,000.00 |
| OTHER MACHINERY - FIXTURES, AND EQUIPMENT | 1129-000 | 80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$210,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Vend Lease | 4210-000 | 79,678.03 | 79,678.03 | 0.00 | 0.00 |
| 2S | BB&T Commercial | 4210-000 | unknown | 99,240.00 | 0.00 | 0.00 |
| 5 | Edward Don & Company | 4210-000 | 23,471.32 | 19,487.36 | 0.00 | 0.00 |
| 7 | Steven DeFillipps | 4220-000 | N/A | 25,050.00 | 0.00 | 0.00 |
| NOTFILED | US Foods | 4110-000 | 10,769.60 | N/A | N/A | 0.00 |
| NOTFILED | Bijou Holdings, LLC | 4210-000 | unknown | N/A | N/A | 0.00 |
| | BB&T COMMERCIAL EQUIPMENT CAPITAL CORP | 4210-000 | N/A | 63,200.00 | 63,200.00 | 63,200.00 |
| | VEND LEASE | 4210-000 | N/A | 21,800.00 | 21,800.00 | 21,800.00 |
| **TOTAL SECURED CLAIMS** | | | **$113,918.95** | **$308,455.39** | **$85,000.00** | **$85,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DAVID WOLFF | 2100-000 | N/A | 13,750.00 | 13,750.00 | 9,400.95 |
| Trustee Expenses - DAVID WOLFF | 2200-000 | N/A | 65.20 | 65.20 | 44.58 |
| Other - BEDERSON LLP | 3410-000 | N/A | 41,130.50 | 41,130.50 | 28,121.16 |
| Other - BEDERSON LLP | 3420-000 | N/A | 830.77 | 830.77 | 568.00 |
| Other - A. ATKINS APPRAISAL CORPORATION | 3711-000 | N/A | 6,812.50 | 6,812.50 | 6,812.50 |
| Other - A. ATKINS APPRAISAL CORPORATION | 3712-000 | N/A | 22.25 | 22.25 | 22.25 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3110-000 | N/A | 88,131.00 | 88,131.00 | 60,255.68 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF DAVID WOLFF LLC | 3120-000 | N/A | 1,042.08 | 1,042.08 | 712.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 241.16 | 241.16 | 241.16 |
| Other - STATE OF NEW JERSEY - PART | 2820-000 | N/A | 9,450.00 | 9,450.00 | 9,450.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.46 | 173.46 | 173.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 183.53 | 183.53 | 183.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 159.82 | 159.82 | 159.82 |
| Other - STATE OF NEW JERSEY - PART | 2820-000 | N/A | -2,475.00 | -2,475.00 | -2,475.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.43 | 179.43 | 179.43 |
| Other - STATE OF NEW JERSEY - PART | 2820-000 | N/A | 6,150.00 | 6,150.00 | 6,150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $165,846.70 | $165,846.70 | $120,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19P | Anthony Pino | 5200-000 | 12,850.00 | 12,850.00 | 0.00 | 0.00 |
| 20P | Elizabeth Pino | 5200-000 | 12,799.71 | 10,096.05 | 0.00 | 0.00 |
| 23 | Riker Danzig Scherer Hyland & Perretti LLP | 5200-000 | N/A | 20,523.58 | 0.00 | 0.00 |
| 23 -2 | Riker Danzig Scherer Hyland & Perretti LLP | 5200-000 | N/A | 5,000.00 | 5,000.00 | 4,793.63 |
| 27P | State of New Jersey | 5800-000 | N/A | 215.25 | 215.25 | 206.37 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$25,649.71** | **$48,684.88** | **$5,215.25** | **$5,000.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | BB&T Commercial | 7100-000 | unknown | 108,805.50 | 0.00 | 0.00 |
| 3 | McCauley & Associates | 7100-000 | 7,507.38 | 6,157.38 | 6,157.38 | 0.00 |
| 4 | Gallo Wine | 7100-000 | 1,064.40 | 1,272.72 | 1,272.72 | 0.00 |
| 6 | The Woodman LLC | 7100-000 | 590.00 | 885.00 | 885.00 | 0.00 |
| 8 | Vernoia, Enterline & Brewer CPA | 7100-000 | 9,176.00 | 8,994.00 | 8,994.00 | 0.00 |
| 9 | Village Wine Imports | 7100-000 | 475.00 | 475.00 | 475.00 | 0.00 |
| 10 | Wand Co. | 7100-000 | 11,238.00 | 11,738.60 | 11,738.60 | 0.00 |
| 11 | Choc O Pain Hoboken | 7100-000 | 1,770.14 | 2,339.24 | 2,339.24 | 0.00 |
| 12 | Madison Seafood | 7100-000 | 24,055.41 | 29,504.13 | 29,504.13 | 0.00 |
| 13 | The Winebow Group | 7100-000 | N/A | 5,635.35 | 5,635.35 | 0.00 |
| 14 | New System Kitchen Ventilation | 7100-000 | 721.41 | 721.41 | 721.41 | 0.00 |
| 15 | Nicole M. Panebianco | 7100-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| 16 | Persone | 7100-000 | 2,433.00 | 5,505.99 | 5,505.99 | 0.00 |
| 17 | BB&T Commercial Equipment Capital Corp. | 7100-000 | N/A | 131,525.50 | 0.00 | 0.00 |
| 17 -2 | BB&T Commercial Equipment Capital Corp. | 7100-000 | N/A | 89,405.50 | 89,405.50 | 0.00 |
| 18 | Hoboken Happy Hours, LLC | 7100-000 | 400.00 | 400.00 | 400.00 | 0.00 |
| 19U | Anthony Pino | 7100-000 | 37,630.75 | 163,455.48 | 0.00 | 0.00 |
| 20U | Elizabeth Pino | 7100-000 | 18,797.28 | 77,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Anthony David's Gourmet Specialties, LLC | 7100-000 | N/A | 97,778.16 | 0.00 | 0.00 |
| 22 | AD Catering and Events, LLC | 7100-000 | N/A | 86,874.59 | 0.00 | 0.00 |
| 24 | Washington International Business | 7100-000 | 37,144.00 | 29,229.07 | 29,229.07 | 0.00 |
| 25 | Advanced Digital, LLC | 7100-000 | 2,805.90 | 5,374.69 | 5,374.69 | 0.00 |
| 26 | Primal Custom Cutting, LLC | 7100-000 | 13,591.08 | 12,841.08 | 12,841.08 | 0.00 |
| 27U | State of New Jersey | 7200-000 | 20,000.00 | 7,513.41 | 7,513.41 | 0.00 |
| NOTFILED | Opici Family Distributing | 7100-000 | 773.00 | N/A | N/A | 0.00 |
| NOTFILED | Mastercard | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peaceful Resolutions | 7100-000 | 683.00 | N/A | N/A | 0.00 |
| NOTFILED | Peerless Beverage Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PSE&G | 7100-000 | 2,409.94 | N/A | N/A | 0.00 |
| NOTFILED | Positouch and School Cafeteria Software | 7100-000 | 577.13 | N/A | N/A | 0.00 |
| NOTFILED | Living Systems LLC | 7100-000 | 11,210.05 | N/A | N/A | 0.00 |
| NOTFILED | Lauber Selections | 7100-000 | 5,381.05 | N/A | N/A | 0.00 |
| NOTFILED | Hunterdon Brewing Company LLC | 7100-000 | 900.50 | N/A | N/A | 0.00 |
| NOTFILED | Garden State Gourmet | 7100-000 | 446.55 | N/A | N/A | 0.00 |
| NOTFILED | InControl Systems Corporation | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | Kinney Lisovicz Reilly & Wolff PC | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Yankee Linen | 7100-000 | 5,354.44 | N/A | N/A | 0.00 |
| NOTFILED | Kristyn Lobo | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wholestyle | 7100-000 | 117.50 | N/A | N/A | 0.00 |
| NOTFILED | Touton | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Selections | 7100-000 | 1,817.19 | N/A | N/A | 0.00 |
| NOTFILED | Signtech Signage | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Gail PR | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Tripleseat | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | State of NJ, Department of the Treasury | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford | 7100-000 | 7,889.50 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sid Wainer | 7100-000 | 10,422.29 | N/A | N/A | 0.00 |
| NOTFILED | Serious Audio Video | 7100-000 | 11,169.11 | N/A | N/A | 0.00 |
| NOTFILED | Robert C. Matule, Esq. | 7100-000 | 4,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Riviera Produce | 7100-000 | 5,858.41 | N/A | N/A | 0.00 |
| NOTFILED | Robert Feinstein | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Roll Paper Plus More | 7100-000 | 510.22 | N/A | N/A | 0.00 |
| NOTFILED | US Foods | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 333.09 | N/A | N/A | 0.00 |
| NOTFILED | Thermo Tech Incorporated | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Collins Custon Wood | 7100-000 | 7,690.00 | N/A | N/A | 0.00 |
| NOTFILED | First Insurance Funding Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Breakthrough Beverage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Counterfeit Quick Printing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | D'artagnan | 7100-000 | 2,498.14 | N/A | N/A | 0.00 |
| NOTFILED | Edward Don & Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Edge Grinding | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bobco | 7100-000 | 4,824.92 | N/A | N/A | 0.00 |
| NOTFILED | Auto Chlor | 7100-000 | 515.08 | N/A | N/A | 0.00 |
| NOTFILED | Bijou Holdings, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Antoine Drye | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | ASCAP | 7100-000 | 628.42 | N/A | N/A | 0.00 |
| NOTFILED | Excel Termite & Pest Control | 7100-000 | 480.94 | N/A | N/A | 0.00 |
| NOTFILED | Artesian Design Group | 7100-000 | 4,525.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $333,295.22 | $933,431.80 | $217,992.57 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30012-SLM  
**Case Name:** 1426 RESTAURANT, LLC

**Period Ending:** 05/09/19

**Trustee:** (500370) DAVID WOLFF  
**Filed (f) or Converted (c):** 10/02/17 (f)  
**§341(a) Meeting Date:** 12/07/17  
**Claims Bar Date:** 04/11/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 2  ARTWORK | 0.00 | 0.00 | | 0.00 | FA |
| 3  PATENTS, COPYRIGHTS, TRADEMARKS, TRADE SECRETS - PORTER COLLINS | Unknown | 0.00 | | 0.00 | FA |
| 4  INTERNET DOMAIN NAMES AND WEBSITES - www.portercollinsrestaurant.com | Unknown | 0.00 | | 0.00 | FA |
| 5  BANK ACCOUNTS - BANK OF AMERICA, N.A. CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 6  BANK ACCOUNTS - BANK OF AMERICA, N.A. CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 7  BANK ACCOUNTS - BANK OF AMERICA, N.A. SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 8  OWNER OF AD BEVERAGES, LLC (100%)<br>Note: Holds the Liquor License which is appraised at $300,000.<br><br>Motion to Sell Property Free and Clear of Liens under Section 363(f) filed 1/11/2018. Property for sale: Inventory and Equipment, To Approve Settlement, And For Related Relief. Objection filed 2/6/2018 by John Mairo on behalf of Anthony and Elizabeth Pino. Response filed 2/8/2018 by Robert Nies on behalf of Bijou Holding LLC and 1426 Willow Hoboken LLC. Response filed 2/11/2018 by Trustee. Response filed 2/12/2018 by Barbara Farley on behalf of BB&T. Several other Responses; Certifications and Offers filed. Hearing Held 2/20/2018 and Continued to 2//22/2018.<br><br>Corrected Order Authorizing The Trustee To Sell Personal Property, To Approve Settlement, and For Related Relief entered 2/22/2018 (Docket No. 61).<br><br>Notice of Proposed Settlement of Controversy 1/11/2018; re: Sale of inventory and equipment | 400,000.00 | 110,000.00 | | 110,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30012-SLM                                **Trustee:**        (500370)    DAVID WOLFF
**Case Name:**   1426 RESTAURANT, LLC                        **Filed (f) or Converted (c):** 10/02/17 (f)
                                                             **§341(a) Meeting Date:**       12/07/17
**Period Ending:** 05/09/19                                  **Claims Bar Date:**            04/11/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| (excluding liquor), and resolution of bankruptcy estate's alleged interests in liquor license and lease. Objection to proposed Distribution Outlined in Trustee's proposed Settlement filed 1/18/2018 by Barbara Farley on behalf of BB&T. Note: Agreement reached on the Record. (See Footnote) | | | | | |
| 9  INVENTORY - PLATES, GLASES, UTENSILS, LIQUOR, WINE, TABLES, CHAIRS<br><br>Motion to Sell Property Free and Clear of Liens under Section 363(f) filed 1/11/2018. Property for sale: Inventory and Equipment, To Approve Settlement, And For Related Relief. Objection filed 2/6/2018 by John Mairo on behalf of Anthony and Elizabeth Pino. Response filed 2/8/2018 by Robert Nies on behalf of Bijou Holding LLC and 1426 Willow Hoboken LLC. Response filed 2/11/2018 by Trustee. Response filed 2/12/2018 by Barbara Farley on behalf of BB&T. Several other Responses; Certifications and Offers filed. Hearing Held 2/20/2018 and Continued to 2//22/2018.<br><br>Corrected Order Authorizing The Trustee To Sell Personal Property, To Approve Settlement, and For Related Relief entered 2/22/2018 (Docket No. 61).<br><br>Notice of Proposed Settlement of Controversy 1/11/2018; re: Sale of inventory and equipment (excluding liquor), and resolution of bankruptcy estate's alleged interests in liquor license and lease. Objection to proposed Distribution Outlined in Trustee's proposed Settlement filed 1/18/2018 by Barbara Farley on behalf of BB&T. Note: Agreement reached on the Record. (See Footnote) | Unknown | 1,500.00 | | 10,000.00 | FA |
| 10  OFFICE EQUIPMENT - INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS | Unknown | 1,500.00 | | 10,000.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30012-SLM  
**Case Name:** 1426 RESTAURANT, LLC  

**Period Ending:** 05/09/19

**Trustee:** (500370) DAVID WOLFF  
**Filed (f) or Converted (c):** 10/02/17 (f)  
**§341(a) Meeting Date:** 12/07/17  
**Claims Bar Date:** 04/11/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| EQUIPMENT AND SOFTWARE AV EQUIPMENT, PRINTER<br><br>Motion to Sell Property Free and Clear of Liens under Section 363(f) filed 1/11/2018. Property for sale: Inventory and Equipment, To Approve Settlement, And For Related Relief.  Objection filed 2/6/2018 by John Mairo on behalf of Anthony and Elizabeth Pino. Response filed 2/8/2018 by Robert Nies on behalf of Bijou Holding LLC and 1426 Willow Hoboken LLC. Response filed 2/11/2018 by Trustee.  Response filed 2/12/2018 by Barbara Farley on behalf of BB&T. Several other Responses; Certifications and Offers filed.  Hearing Held 2/20/2018 and Continued to 2//22/2018.<br><br>Corrected Order Authorizing The Trustee To Sell Personal Property, To Approve Settlement, and For Related Relief entered 2/22/2018 (Docket No. 61).<br><br>Notice of Proposed Settlement of Controversy 1/11/2018; re: Sale of inventory and equipment (excluding liquor), and resolution of bankruptcy estate's alleged interests in liquor license and lease. Objection to proposed Distribution Outlined in Trustee's proposed Settlement filed 1/18/2018 by Barbara Farley on behalf of BB&T. Note: Agreement reached on the Record.  (See Footnote) | | | | | |
| 11  OTHER MACHINERY - FIXTURES, AND EQUIPMENT<br>    (EXCLUDING FARM MACHINERY AND EQUIPMENT) PIZZA OVEN, HOOD, CAPPUCCINO MACHINE, DJ EQUIPMENT, STOVES, OVENS, RIFRIGERATOR, MIXER, SLICER, ICE MACHINE, WALK-INS, STAINLESS STEEL WORKTABLES, WATER FILTRATION<br><br>Motion to Sell Property Free and Clear of Liens under | Unknown | 12,000.00 | | 80,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30012-SLM  **Trustee:** (500370)   DAVID WOLFF
**Case Name:** 1426 RESTAURANT, LLC  **Filed (f) or Converted (c):** 10/02/17 (f)
  **§341(a) Meeting Date:** 12/07/17
**Period Ending:** 05/09/19  **Claims Bar Date:** 04/11/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Section 363(f) filed 1/11/2018. Property for sale: Inventory and Equipment, To Approve Settlement, And For Related Relief.  Objection filed 2/6/2018 by John Mairo on behalf of Anthony and Elizabeth Pino. Response filed 2/8/2018 by Robert Nies on behalf of Bijou Holding LLC and 1426 Willow Hoboken LLC. Response filed 2/11/2018 by Trustee.  Response filed 2/12/2018 by Barbara Farley on behalf of BB&T. Several other Responses; Certifications and Offers filed.  Hearing Held 2/20/2018 and Continued to 2//22/2018.<br><br>Corrected Order Authorizing The Trustee To Sell Personal Property, To Approve Settlement, and For Related Relief entered 2/22/2018 (Docket No. 61).<br><br>Notice of Proposed Settlement of Controversy 1/11/2018; re: Sale of inventory and equipment (excluding liquor), and resolution of bankruptcy estate's alleged interests in liquor license and lease. Objection to proposed Distribution Outlined in Trustee's proposed Settlement filed 1/18/2018 by Barbara Farley on behalf of BB&T. Note: Agreement reached on the Record.<br><br>(See Footnote) | | | | | |
| 12  LEASE BETWEEN 1426 WILLOW AVENUE, LLC AND 1426 RESTAURANT LLC (LEASE AGREEMENT)<br><br>Motion to Sell Property Free and Clear of Liens under Section 363(f) filed 1/11/2018. Property for sale: Inventory and Equipment, To Approve Settlement, And For Related Relief.  Objection filed 2/6/2018 by John Mairo on behalf of Anthony and Elizabeth Pino. Response filed 2/8/2018 by Robert Nies on behalf of Bijou Holding LLC and 1426 Willow Hoboken LLC. Response filed 2/11/2018 by Trustee.  Response filed | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30012-SLM  
**Case Name:** 1426 RESTAURANT, LLC  

**Period Ending:** 05/09/19

**Trustee:** (500370) DAVID WOLFF  
**Filed (f) or Converted (c):** 10/02/17 (f)  
**§341(a) Meeting Date:** 12/07/17  
**Claims Bar Date:** 04/11/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 2/12/2018 by Barbara Farley on behalf of BB&T. Several other Responses; Certifications and Offers filed. Hearing Held 2/20/2018 and Continued to 2//22/2018.<br><br>Corrected Order Authorizing The Trustee To Sell Personal Property, To Approve Settlement, and For Related Relief entered 2/22/2018 (Docket No. 61).<br><br>Notice of Proposed Settlement of Controversy 1/11/2018; re: Sale of inventory and equipment (excluding liquor), and resolution of bankruptcy estate's alleged interests in liquor license and lease. Objection to proposed Distribution Outlined in Trustee's proposed Settlement filed 1/18/2018 by Barbara Farley on behalf of BB&T. Note: Agreement reached on the Record. |  |  |  |  |  |
| 13 | INSURANCE UMBRELLA POLICY | Unknown | 0.00 |  | 0.00 | FA |
| 13 | **Assets**  Totals (Excluding unknown values) | **$400,000.00** | **$125,000.00** |  | **$210,000.00** | **$0.00** |

RE PROP# 8    SCHEDULED / APPRAISED  
RE PROP# 9    SCHEDULED / APPRAISED  
RE PROP# 10   SCHEDULED / APPRAISED  
RE PROP# 11   SCHEDULED / APPRAISED  

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2020        **Current Projected Date Of Final Report (TFR):**    December 11, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-30012-SLM  
**Case Name:** 1426 RESTAURANT, LLC  

**Taxpayer ID #:** **-***2571  
**Period Ending:** 05/09/19  

**Trustee:** DAVID WOLFF (500370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $48,993,100.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/01/18 | | BIJOU DEVELOPMENT, LLC | PROCEEDS PURSUANT TO ORDER ENTERED 2/22/2018 (Docket No. 61) | | | 210,000.00 | | 210,000.00 |
| | {8} | | Settlement Proceeds | 110,000.00 | 1129-000 | | | 210,000.00 |
| | {9} | | Sale Proceeds | 10,000.00 | 1129-000 | | | 210,000.00 |
| | {10} | | Sale Proceeds | 10,000.00 | 1129-000 | | | 210,000.00 |
| | {11} | | Sale Proceeds | 80,000.00 | 1129-000 | | | 210,000.00 |
| 03/13/18 | 101 | BB&T COMMERCIAL EQUIPMENT CAPITAL CORP | PAYMENT IN FULL PURSUANT TO SETTLEMENT OF SECURED CLAIM SET FORTH ON RECORD IN COURT ON 2/20/2018 & 2/22/2018 | | 4210-000 | | 63,200.00 | 146,800.00 |
| 03/13/18 | 102 | VEND LEASE | PAYMENT IN FULL PURSUANT TO SETTLEMENT OF SECURED CLAIM SET FORTH ON RECORD IN COURT ON 2/20/2018 & 2/22/2018 | | 4210-000 | | 21,800.00 | 125,000.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 241.16 | 124,758.84 |
| 04/17/18 | 103 | STATE OF NEW JERSEY - PART | TAXES - FOR CALENDAR YEAR 2017; EIN # 46-1222428 | | 2820-000 | | 9,450.00 | 115,308.84 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 173.46 | 115,135.38 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 183.53 | 114,951.85 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 159.82 | 114,792.03 |
| 07/02/18 | | STATE OF NEW JERSEY - PART | REFUND - FOR CALENDAR YEAR 2017 | | 2820-000 | | -2,475.00 | 117,267.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 179.43 | 117,087.60 |
| 09/24/18 | 104 | A. ATKINS APPRAISAL CORPORATION | 100% OF COURT-AWARDED FEES - Order entered 9/17/2018 | | 3711-000 | | 6,812.50 | 110,275.10 |
| 09/24/18 | 105 | A. ATKINS APPRAISAL CORPORATION | 100% OF COURT-AWARDED EXPENSES - Order entered 9/17/2018 | | 3712-000 | | 22.25 | 110,252.85 |
| 10/08/18 | 106 | STATE OF NEW JERSEY - PART | TAXES - FOR FINAL SHORT PERIOD ENDING AUGUST 31, 2018; EIN # 46-1222428 | | 2820-000 | | 6,150.00 | 104,102.85 |
| 04/10/19 | 107 | DAVID WOLFF | Dividend paid 100.00% on $44.58, Trustee Expenses;  Reference:  Order entered 4/8/2019 | | 2200-000 | | 44.58 | 104,058.27 |
| 04/10/19 | 108 | DAVID WOLFF | Dividend paid 100.00% on $9,400.95, Trustee Compensation;  Reference:  Order entered 4/8/2019 | | 2100-000 | | 9,400.95 | 94,657.32 |
| 04/10/19 | 109 | BEDERSON LLP | Dividend paid 100.00% on $28,121.16, Accountant for Trustee Fees (Other Firm);  Reference:  Order entered 12/6/2018 | | 3410-000 | | 28,121.16 | 66,536.16 |

Subtotals :         $210,000.00        $143,463.84

{} Asset reference(s)

Printed: 05/09/2019 04:18 PM     V.14.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-30012-SLM  
**Case Name:** 1426 RESTAURANT, LLC  

**Taxpayer ID #:** **-***2571  
**Period Ending:** 05/09/19  

**Trustee:** DAVID WOLFF (500370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $48,993,100.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/19 | 110 | BEDERSON LLP | Dividend paid 100.00% on $568.00, Accountant for Trustee Expenses (Other Firm); Reference: Order entered 12/6/2018 | 3420-000 | | 568.00 | 65,968.16 |
| 04/10/19 | 111 | LAW OFFICES OF DAVID WOLFF LLC | Dividend paid 100.00% on $60,255.68, Attorney for Trustee Fees (Trustee Firm); Reference: Order entered 12/6/2018 | 3110-000 | | 60,255.68 | 5,712.48 |
| 04/10/19 | 112 | LAW OFFICES OF DAVID WOLFF LLC | Dividend paid 100.00% on $712.48, Attorney for Trustee Expenses (Trustee Firm); Reference: Order entered 12/6/2018 | 3120-000 | | 712.48 | 5,000.00 |
| 04/10/19 | 113 | Riker Danzig Scherer Hyland & Perretti LLP | Dividend paid 95.87% on $5,000.00; Claim# 23 -2; Filed: $5,000.00; Reference: Full and Final Payment | 5200-000 | | 4,793.63 | 206.37 |
| 04/10/19 | 114 | State of New Jersey | Dividend paid 95.87% on $215.25; Claim# 27P; Filed: $215.25; Reference: Full and Final Payment | 5800-000 | | 206.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 210,000.00 | 210,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 210,000.00 | 210,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$210,000.00** | **$210,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1566** | 210,000.00 | 210,000.00 | 0.00 |
| | **$210,000.00** | **$210,000.00** | **$0.00** |

{} Asset reference(s)                                                                                       Printed: 05/09/2019 04:18 PM    V.14.56